# DLF | THE DUGGER LAW FIRM PLLC

*Cyrus E. Dugger, Esq.*
*154 Grand St., New York, NY 10013*
*Tel: (646) 560-3208*
*www.theduggerlawfirm.com*

May 3, 2017

**Via ECF**
The Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Agerbrink v. Model Service LLC d/b/a MSA Models et al.*, No. 14 Civ. 7841 (JPO) (JCF)

Dear Judge Francis:

    My firm represents the Plaintiff and the putative class in the above-referenced matter. We are in the process of filing a motion to amend the operative Second Amended Class Action Complaint later this week.

    We write to request leave to: (1) file placeholders as exhibits and apply redactions on ECF for documents designated as confidential filed in support of Plaintiff's forthcoming motion; (2) provide the Court with unredacted courtesy copies of these confidential submissions within one business day of filing on ECF; (3) provide unredacted copies of these confidential submissions to Defendants within one business day of filing on ECF; and (4) file the confidential exhibits and unredacted versions of submissions with the sealed records clerk within one business day of filing on ECF.

    Respectfully submitted,

    /s/ Cyrus E. Dugger

    *Attorney for Plaintiff and the putative class*

cc:    (via ECF)

    Defendants' counsel