# Exhibit I

Eva, it has come to our attention that you may have been offered a full-time, in-house position for fit modeling. Please confirm when you receive this.

Bill Ivers
212-944-8896 x150

---

**From:** Eva Agerbrink [mailto:evabrink101@gmail.com]
**Sent:** Thursday, June 12, 2014 9:50 PM
**To:** Liz Pinto
**Cc:** M.Murat Beyazit
**Subject:** Re: Recap of our conversation today Mon 6/9 re QVC

Hi Liz,
I don't have my iPad w me this time so all the emails I pick up from my phone but I assume u sent this before the text. Yes, to confirm, tomorrow you will need to notify Athena. Im sad and I will miss all the girls down here. They are such a wonderful group and such delight to work with but QVC consistently being over 2.5 months behind, adding all the expenses car, gas, tolls, hotel, the travel time. The original offer was an average of 20+ hours a week and recently it's more the 16 minimum. I have spent a lot of hours looking for work myself. I realized after Susan said more then once "they are looking for smaller sizes and younger girls" and that her loyalty was to the girls that had been there longer, I basically had little chance for new accounts unless I did something about it myself. A really good friend of mine suggested sending out my own resume.. I remember telling Susan that I see plenty of jobs on Linked in, she answered me "sure if you want to work for $75/hour". I work for $43/hr if you include the 5 hour travel time.. So I found a few jobs on my own and I need to be in NY for the closure of my condo. Filing Chapter 7 end of the year if no offer by then. By getting rid of my car I'll be able to catch up. I would have preferred that you had found me a couple of clients and slowly moved away from QVC but no go sees came in.. But maybe next spring will be better, and back in NY I can still go on go sees. I will make my decision the week while I'm on vacation, my job offer is more than double of what I'm making now. Please ask Maria to be in top of her game. More than twice she has missed sending in vouchers. It's not 2. It's 5 with the 3 Bill discovered and I should not need to waste my time emailing QVC or sitting going over dates with her on my only free day.
Good night and good luck tomorrow.. We know Athena is going to be furious. I did 4 hours of pre fit with the people from Dennis Basso today and they absolutely loved working with me. Cut down fit time by half in the future.

Eva

Sent from my iPhone

On Jun 11, 2014, at 12:50 PM, Liz Pinto <Liz@msamodels.com> wrote:

> Hi Eva
> Your regular cycle time of payment is approximately 21 days. I can't verify that Terry is speaking candidly to you as she's not from MSA; she's also been terminated from QVC for not maintaining her measurements so she may not be on the up and up. But what I can verify is that the client-QVC cycle time is 21 days from our voucher to payment, with the exception of the 2 missed vouchers.
>
> I don't understand your thought process on how this will help you get

immediate income but I am clear that you wish to terminate effective 6/27/14 with QVC. I will relay this to Athena on Friday 6/13/14 afternoon once you email me your voucher.

Please let me know your new work schedule so I know how to promote and solicit on your behalf in our local NY market.

Talk to you later...Liz

---

**From:** Eva Agerbrink [mailto:evabrink101@gmail.com]
**Sent:** Tuesday, June 10, 2014 7:47 AM
**To:** Liz Pinto
**Subject:** Re: Recap of our conversation today Mon 6/9 re QVC

Liz I need to go over this w my accountant. It still doesn't help me in getting immediate income. Which is what I need. I have borrowed money, and used up my savings in order to work for your client and they have since the very start been 2-3 months late paying while they pay Thierry promptly every 2 weeks

Sent from my iPhone

On Jun 9, 2014, at 3:42 PM, Liz Pinto <Liz@msamodels.com> wrote:

> HI Eva
> I wanted to convey a recap of our conversation for your review. Please confirm by return that you agree with this recap so that I can execute proper steps to roll out for QVC consideration.
>
> 1. Your usage for QVC no longer meets your monetary requirements. T4 I will discuss with Athena the possibility of increasing your hourly rate.
> 2. Should additional money in the hourly rate not be an option, I will discuss consolidating your 16 hour work week into 2 8-hour work days instead of 3 multi-hour work days.
> 3. If neither additional money for your hourly rate be accepted, nor consolidating your work week into 2 8-hour days be acceptable to QVC, I will convey to Athena that we will need to exit you from QVC under their guidelines [I believe we have 30 days to cure or find a replacement but I need to double check on this point] but we will need to give them official notice should they not be able to accept the above.
> 4. Lastly, as discussed, I will roll out the above points on Fri 6/13/16. Please do not review these matters directly with the client as I requested.
> 5. Please be reminded that you are signed to MSA Models and once we move forward with the above plan to request a change for the hourly rate and/or the weekly schedule as dictated by the guidelines as agreed to by you on behalf of QVC in Nov & Dec 2013, you will not be able to work with QVC under the terms of our agreement.
> 6.
> Separately, I had Bill pull your work record with QVC since you

PLS00000512