# Exhibit S

| | |
|---|---|
| **From:** | Eva Agerbrink <evabrink101@gmail.com> |
| **Sent:** | Wednesday, March 19, 2014 4:46 PM |
| **To:** | Maria Guzman <Maria@msamodels.com> |
| **Subject:** | Re: Replacement check |

Yes please replace the lost check. I will pick it up at the agency. Thanks Maria

Sent from my iPad

On Mar 19, 2014, at 9:27 AM, Maria Guzman <Maria@msamodels.com> wrote:

> <!--[if mso 9]--> <!--[endif]--> <image001.jpg>
> Good morning Eva
>
> About your replacement check. I will be replacing it today. Please confirm that you are aware of the 35 dollar charge. I cant replace it till you confirm with me. Have an awesome one. ☺
>
> *Maria Guzman*
> Accounting Supervisor
>
> <image002.jpg>
> 570 7th Ave, Ste 1000
> New York, NY 10018
> www.msamodels.com
> (e) maria@msamodels.com
> ☎212-944-8896 x 109
> 🖷212-944-8899
> THE CONTENTS OF THIS E-MAIL AND ANY ATTACHMENTS ARE PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, you are
>  hereby notified that any disclosure, dissemination and/or copying of this e-mail, any attachments and/or its contents is strictly prohibited. If you are not the intended recipient, please contact me and destroy all copies of the original e-mail, its contents and attachments.