**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVA AGERBRINK,

                            Plaintiff,

-against-

MODEL SERVICE LLC d/b/a MSA MODELS,
SUSAN LEVINE and WILLIAM IVERS,

                            Defendants.
-----------------------------------------------------------X

14 CIVIL 7841 (JPO) (RWL)
**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 11, 2018, judgment is entered as follows:

1. Plaintiff agrees to the dismissal with prejudice of her claim for unjust enrichment; Plaintiff agrees to waive her right to appeal regarding her claim for unjust enrichment;

2. Defendants agrees to the dismissal with prejudice of their counterclaim for breach of contract; Defendants waive their right to appeal regarding their claim for breach of contract;

3. The parties agree that each party shall bear its own costs, expenses, attorneys' fees, and disbursements relating to Plaintiff's above-referenced unjust enrichment claim and/or relating to Defendants' above-referenced breach of contract counterclaim,

4. Nothing herein shall be interpreted to waive Plaintiff's right to appeal the Court's March 14, 2018 dismissal of her Fair Labor Standards Act claims and/or New York Labor Law claims.

Dated: New York, New York
       April 30, 2018

                                              RUBY J. KRAJICK
                                                  Clerk of Court
                               BY:

                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/30/2018